UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY L. MCCABE, an individual residing in California, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FLOYD ROSE GUITARS, a Washington corporation, et al.,<br><br>Defendants.<br>_____<br><br>AND ALL RELATED COUNTERCLAIMS.<br>_____ | Case No. 10-CV-581-JLS (JMA)<br><br>**ORDER CONTINUING DEADLINE FOR FILING OF JOINT MOTION FOR DISMISSAL** |

At the request of counsel and with good cause appearing, **IT IS HEREBY ORDERED** that the due date for the joint motion for dismissal to be filed with the Court, and for a separate proposed order for dismissal to be e-mailed to the district judge's e-mail address, is continued from July 8, 2013 to **July 22, 2013**.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court</u>

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

<u>day before</u> the date indicated above to explain the reasons therefor. <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED**.

DATED: July 2, 2013

_____
Jan M. Adler
U.S. Magistrate Judge