| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _**X**_ Patents or ___ Trademarks:

| DOCKET NO.<br>3:10–cv–00581–W –JMA | DATE FILED<br>3/19/10 | US District Court Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br>Geoffrey L. McCabe | | DEFENDANT<br>Floyd Rose Guitars, et al. |
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
| **1.** 5,965,831 | **6.** | **11.** |
| **2.** 5,986,191 | **7.** | **12.** |
| **3.** 6,175,066 | **8.** | **13.** |
| **4.** 6,891,094 | **9.** | **14.** |
| **5.** 7,470,841 | **10.** | **15.** |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>___ Amendment ___ Answer ___ Cross Bill ___ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | Order Granting Joint Motion and Stipulation of Dismissal |
|---|---|

| CLERK<br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK<br>A. Garcia | DATE<br>09/09/2013 |
|---|---|---|